UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **HERMAN LEROY JAMES** | **CIVIL ACTION NO. 6:22-CV-1949** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BP EXPLORATION & PROD., INC. ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons assigned in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 32], and having thoroughly reviewed the record, and considering the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that defendants' oral Motion to Dismiss is GRANTED and all claims asserted by the plaintiff, Herman Leroy James III, are DENIED AND DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers this 6th day of June 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE